UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LIBERTY FUNDING SOLUTIONS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ATLANTIC SHELLFISH, INC., )<br>)<br>Defendant. ) | Case No. 1:21-cv-00256-LEW |

**CONSENT JUDGMENT**

Based upon the stipulation and consent of Plaintiff, Liberty Funding Solutions, LLC ("Plaintiff"), and Defendant, Atlantic Shellfish, Inc. ("Defendant") (together, the "Consenting Parties"), by and through their respective counsel undersigned, and based upon the entire record herein, IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Notice. The Consenting Parties have received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

2. Consent Judgment. By stipulation and consent of the Consenting Parties, judgment hereby is entered in favor of Plaintiff and against Defendant on all Counts of Plaintiff's Complaint dated September 8, 2021 [Doc. 1] in the agreed amount of $192,900.00, together with costs and post-judgment interest, with a Writ of Execution to issue upon Plaintiff's request. Pursuant to 28 U.S.C. § 1961(a), interest shall be allowed on this Consent Judgment and shall be calculated from the date of the entry of this Consent Judgment.

3. Attorney Fees and Expenses. The Consenting Parties will bear their respective costs and expenses of this litigation, including attorney fees. In connection with any dispute or claim of violation of the terms of this Consent Judgment, the non-prevailing party shall pay the reasonable attorney fees and expenses of the substantially prevailing party.

-2-

4. Adjudication of Claims. This Consent Judgment is an adjudication of all claims alleged by Plaintiff against Defendant in the above-captioned action.

5. Waiver. The Consenting Parties waive any right to appeal from this Consent Judgment and have stipulated that it shall become final immediately upon entry by this Court. The Consenting Parties waive the entry of findings of fact and conclusions of law under Fed. R. Civ. P. 52 and 65.

6. Retention of Jurisdiction. This Court retains jurisdiction over this matter for the purposes of implementing and enforcing this Consent Judgment, adjudicating any disputes arising out of, or in connection with, this Consent Judgment, and issuing any additional orders as may be necessary and appropriate.

So ORDERED.

Dated this 4h day of January, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE

Stipulated and agreed to in form and substance this 3rd day of January, 2022.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Fred W. Bopp III | /s/ Allison A. Economy |
| Fred W. Bopp III, Esq. | Allison A. Economy, Esq. |
| BOPP & GUECIA | RUDMAN WINCHELL |
| 121 Main Street | 84 Harlow Street, P.O. Box 1401 |
| Yarmouth, ME 04096 | Bangor, ME 04402-1401 |
| (207) 846-6111 | (207) 947-4501 |
| fbopp@boppguecia.com | aeconomy@rudmanwinchell.com |